## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PAMELA J. BIAGAS )
)
)
Plaintiff, )
)
v. ) Civil Action No. 01-2578 (RJL)
)
)
DISTRICT OF COLUMBIA )
)
)
Defendant. )

## ORDER AND FINAL JUDGMENT
(January 25 , 2010)

For the reasons set forth in the accompanying Memorandum Opinion entered this

date, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [# 52] is

GRANTED, and it is further

**ORDERED** that judgment is entered in favor of the defendant, and that the case is

dismissed with prejudice. This is a final appealable Order.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge